UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 26-1309-GW-ACCVx | Date | May 6, 2026 |
|---|---|---|---|
| Title | *Lynette Gonzalez v. Recreational Equipment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On May 4, 2026, Defendant Recreational Equipment, Inc. filed a Notice of Settlement [13]. The Court vacates all currently set deadlines and/or dates, and sets an order to show re: settlement hearing for July 9, 2026 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on July 7, 2026.

| | : | |
|---|---|---|
| Initials of Preparer | JG | |